**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00406-CMA-MEH

BIG O TIRES, LLC, a Nevada limited liability company
   f/k/a Big O Tires, Inc., a Colorado corporation,

      Plaintiff,

v.

TIRECRAFTERS, INC., a New Mexico corporation, and
TIMOTHY S. MEDINA,

      Defendants.

---

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**

---

      This matter is before the Court on Plaintiff's Motion for Default Judgment (Doc. # 9).  Plaintiff requested a default judgment against Defendant.  However, Plaintiff has not moved for nor obtained entry of default by the Clerk of Court.  Thus, Plaintiff has failed to comply with Fed. R. Civ. P. 55(a).

      Accordingly, the Motion for Default Judgment is DENIED WITHOUT PREJUDICE.  Plaintiff may resubmit its Motion after entry of the Clerk's default pursuant to Federal Rule 55(a).

      DATED:  April __8__, 2009

                                                      BY THE COURT:

                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Judge