## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-00406-CMA-MEH

BIG O TIRES, LLC, a Nevada limited liability company
   f/k/a Big O Tires, Inc., a Colorado corporation,

      Plaintiff,

v.

TIRECRAFTERS, ING., a New Mexico corporation, and
TIMOTHY S. MEDINA,

      Defendants.

_____

### ORDER ON STIPULATION AND CONFESSION OF MOTION
### REGARDING VERIFIED MOTION TO SET ASIDE ENTRY OF DEFAULT
_____

      Plaintiff and Defendants Stipulation and Confession of Motion Regarding Verified Motion to Set Aside Entry of Default (Doc. # 15), filed April 27, 2009, is APPROVED by the Court. It is therefore

      ORDERED that Defendants' Verified Motion to Set Aside Entry of Default (Doc. # 13), filed April 10, 2009, is DENIED as moot.

      DATED: April 28, 2009.

                                      BY THE COURT:

                                      *[signature: Christine M Arguello]*
                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge