# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-00406-CMA-MEH

BIG O TIRES, LLC, a Nevada limited liability company
   f/k/a Big O Tires, Inc., a Colorado corporation,

      Plaintiff,

v.

TIRECRAFTERS, ING., a New Mexico corporation, and
TIMOTHY S. MEDINA,

      Defendants.

---

## ORDER APPROVING STIPULATION AND JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING RESPONSE DATE TO PRELIMINARY INJUNCTION MOTION

---

The Court, being duly advised in the premises, hereby ORDERS:

1.    The parties' Stipulation and Joint Motion for Approval of Stipulation Regarding Response Date to Preliminary Injunction Motion (Doc. # 20) is APPROVED;

2.    Defendants shall respond to Plaintiff's Preliminary Injunction Motion <u>no later than May 14, 2009</u>.

DATED:  May __14__, 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge