**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00406-CMA-MEH

BIG O TIRES, LLC, a Nevada limited liability company
  f/k/a Big O Tires, Inc., a Colorado corporation,

    Plaintiff,

v.

TIRECRAFTERS, INC., a New Mexico corporation, and
TIMOTHY S. MEDINA,

    Defendants.

---

**ORDER APPROVING STIPULATION RESOLVING CASE AND
ORDER TO ADMINISTRATIVELY CLOSE CASE**

---

This matter is before the Court on the parties' Stipulation and Joint Motion for Approval of Stipulation Resolving Case (Doc. # 38). The Court, being duly advised in the premises, hereby ORDERS as follows:

1. The parties' Stipulation and Joint Motion for Approval of Stipulation Resolving Case is approved and GRANTED; and

2. This case shall be ADMINISTRATIVELY CLOSED, not to be reopened unless by motion of Big O to file the Confession of Judgment attached to the Stipulation or motion by any party for other good cause.

DATED: July __22__, 2009

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge